MICHAEL S. SORGEN (SBN 43107)
LISA P. MAK (SBN 260281)
LAW OFFICES OF MICHAEL S. SORGEN
240 Stockton Street, Ninth Floor
San Francisco, CA 94108
Telephone: (415) 956-1360
Facsimile: (415) 956-6342

Attorneys for Plaintiff

RICHARD DOYLE (SBN 88625)
CLIFFORD GREENBERG (SBN 122612)
RICHARD NORTH (SBN 225617)
Office of the City Attorney
200 East Santa Clara Street
San Jose, CA 95113
Telephone: (408) 535-1900
Facsimile: (408) 998-3131

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAMILLE MONET FISHER<br><br>Plaintiff,<br><br>v.<br><br>JOHN MARFIA, CITY OF SAN JOSE, DOES 1-10<br><br>Defendants. | Case No. CV-09-2774 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO INTRA-DISTRICT TRANSFER** |

In the interests of judicial economy and convenience to the parties and witnesses, the parties, through their respective attorneys of record, stipulate that venue for the above-captioned lawsuit be transferred from the San Francisco Division to the San Jose Division of the Northern District.

STIPULATION AND [PROPOSED] ORDER TO INTRA-DISTRICT TRANSFER

DATED: September 30, 2009

_____/s/_____
LISA P. MAK
Law Offices of Michael S. Sorgen
Attorneys for Plaintiff

DATED: September 30, 2009

_____/s/_____
RICHARD NORTH
Deputy City Attorney
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

_____
Honorable Maria-Elena James

STIPULATION AND [PROPOSED] ORDER TO INTRA-DISTRICT TRANSFER