1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Assistant City Attorney (#93249)
2  CLIFFORD GREENBERG, Senior Deputy City Attorney (#122612)
   Office of the City Attorney
3  200 East Santa Clara Street
   San Jose, California 95113
4  Telephone:   (408) 535-1900
   Facsimile:   (408) 998-3131
5  Email:       cao.main@sanjoseca.gov

6  Attorneys for Defendants
   CITY OF SAN JOSE and JOHN MARFIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| CAMILLE MONET FISHER, | NO.: CV-09-02774 JW |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL; AND [PROPOSED] ORDER |
| v. | |
| JOHN MARFIA, CITY OF SAN JOSE, DOES 1-10, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) by and between plaintiff, CAMILLE MONET FISHER, and all defendants that:

1. This action was commenced on June 23, 2009.

2. The action is not a class action, a receiver has not been appointed, and the action is not governed by any statute of the United States that requires an order of the Court for dismissal.

///
///
///
///
///

3. This action is hereby dismissed, in its entirety, with prejudice.

DATED: May 7, 2010

RICHARD DOYLE, City Attorney

By: _____
CLIFFORD S. GREENBERG
Senior Deputy City Attorney

Attorneys for Defendants CITY OF SAN JOSÉ and OFFICER JOHN MARFIA

DATED: May 7, 2010

LAW OFFICES OF MICHAEL S. SORGEN

By: _____
MICHAEL S. SORGEN

Attorneys for Plaintiff
CAMILLE MONET FISHER

## ORDER

Pursuant to the Stipulation of Dismissal by and between the parties to this action, through their designated counsel, the above-captioned action is hereby dismissed with prejudice pursuant to FRCP 41(a)(1). It is further ordered that each party shall bear their own fees and costs. The Clerk shall close this file.

DATED: May 17, 2010

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

STIP OF DISMISSAL; AND [PROPOSED]
ORDER; CV-09-02774 JW

2

655769